■ 1440 Empire Boulevard Development Corp., Respondent, v Lawyers Title Insurance Corporation, Appellant. [874 NYS2d 857]—Appeal from an order of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered September 27, 2007. The order, among other things, granted plaintiff's motion for partial summary judgment on the issue of liability.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Peradotto, Green and Gorski, JJ. [*See* 19 Misc 3d 161 (2007).]